Amy L. B. Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
aginsburg@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA LOVE, | ) Case No.: |
| | ) |
| Plaintiff, | ) **COMPLAINT FOR DAMAGES** |
| v. | ) **1. VIOLATION OF THE FAIR** |
| | ) **DEBT COLLECTION PRACTICES** |
| FMS, INC., | ) **ACT, 15 U.S.C. §1692 ET. SEQ.;** |
| | ) **2. VIOLATION OF THE** |
| Defendant. | ) **ROSENTHAL FAIR DEBT** |
| | ) **COLLECTION PRACTICES ACT,** |
| | ) **CAL. CIV. CODE §1788 ET. SEQ.** |
| | ) |
| | ) **JURY TRIAL DEMANDED** |

## COMPLAINT

ERICA LOVE ("Plaintiff"), by and through her attorneys, KIMMEL & SILVERMAN, P.C., alleges the following against FMS, INC. ("Defendant"):

## INTRODUCTION

1.     Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") and the Rosenthal Fair Debt Collection Practices Act, cal. Civ. Code §1788, *et seq.* ("RFDCPA").

## JURISDICTION AND VENUE

2.     Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. § 1331 grants this court original jurisdiction of all civil actions arising under the laws of the United States.

3.     Defendant conducts business in the State of California and as such, personal jurisdiction is established.

4.     Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

5.     Plaintiff is a natural person residing in San Bernardino, California 92410.

6.     Plaintiff is a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

7.     In the alternative, Plaintiff is a person granted a cause of action under the FDCPA. See §1692 (k)(a) and <u>Wenrich v. Cole</u>, 2000 U.S. Dist. LEXIS

18687 (E.D. Pa. Dec. 22, 2000).

8. Defendant is a national debt collection company with its corporate headquarters located at 4915 South Union, Tulsa, Oklahoma 74107.

9. Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6), and repeatedly contacted Plaintiff in an attempt to collect a debt.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

11. At all relevant times herein, Defendant contacted Plaintiff in its attempts to collect a consumer debt.

12. Plaintiff does not have any business debts, so the debt that Defendant has been contacting Plaintiff regarding could only have been a debt incurred for personal, family or household purposes.

13. By way of background, Defendant began calling Plaintiff in February 2016.

14. Defendant's calls originated from the numbers including, but not limited to; (800) 580-7611. The undersigned has confirmed that this number belongs to Defendant.

15. Upon initial communication with Plaintiff, Defendant's collector

requested to speak with an unknown individual named Randolph Vasquez.

16. Plaintiff informed Defendant that it had the wrong number when the calls first began in February 2016, and as such, to cease all future communication regarding the matter to her cellular telephone.

17. Defendant heard and acknowledged Plaintiff's request to stop calling by responding that they were sorry for the calls.

18. Once Defendant was informed it was calling a wrong number and to stop calling, there was no lawful purpose to making further calls, nor was there any good faith reason to place additional calls to Plaintiff's cellular telephone.

19. Rather than restrict its calls to Plaintiff's cellular telephone, Defendant instead continued to call Plaintiff in March 2016.

20. These calls were frustrating and irritating for Plaintiff, so she downloaded a blocking application to stop these calls after Defendant failed to stop calling her.

## COUNT I
## DEFENDANT VIOLATED §§ 1692d AND 1692d(5) OF THE FDCPA

21. A debt collector violates § 1692d by engaging in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

22. A debt collector violates § 1692d(5) by causing a telephone to ring or engaging any person in a telephone conversation repeatedly or continuously

with intent to annoy, abuse, or harass any person at the called number.

23. Defendant violated §§ 1692d and 1692d(5) when it called Plaintiff excessively per day regarding an unknown third party named Randolph Vasquez and continued to call Plaintiff repeatedly each day despite informing Defendant they were calling a wrong number and to stop calling her cellular telephone number in February 2016.

# COUNT II
# DEFENDANT VIOLATED THE
# ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

24. Section 1788.17 of the California Civil Code mandates that every debt collector attempting to collect a consumer debt shall comply with § 1692b through § 1692j of the FDCPA.

25. Defendant violated Cal. Civ. Code § 1788.17, when it violated the FDCPA for the reasons set forth in this Complaint.

WHEREFORE, Plaintiff, ERICA LOVE, respectfully prays for a judgment as follows:

    a. All actual damages suffered pursuant to 15 U.S.C. §1692k(a)(1);

b. Statutory damages of $1,000.00 for the violation of the FDCPA pursuant to 15 U.S.C. §1692k(a)(2)(A);

c. All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff pursuant to 15 U.S.C. §1693k(a)(3);

d. All actual damages, statutory damages, reasonable attorney's fees and costs, and any other litigation costs incurred by Plaintiff pursuant to the RFDCPA at Cal. Civ. Code § 1788.17;

e. Any other relief deemed appropriate by this Honorable Court.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, ERICA LOVE, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

Date: March 3, 2017          By: /s/ Amy L. Bennecoff Ginsburg
                             Amy L. Bennecoff Ginsburg
                             Kimmel & Silverman, P.C.
                             30 East Butler Pike
                             Ambler, Pennsylvania 19002
                             Phone: (215) 540-8888
                             Facsimile: (877) 788-2864
                             Email: aginsburg@creditlaw.com