JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA LOVE, ) | |
| ) | |
| Plaintiff, ) | Case No.: 5:17-cv-00417-R-KK |
| ) | |
| v. ) | **ORDER OF DISMISSAL WITH** |
| ) | **PREJUDICE** |
| FMS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

It is hereby ORDERED that this matter is hereby DISMISSED WITH PREJUDICE with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: July 14, 2017

_____
Hon. Manuel L. Real
United States District Judge